**UNITED STATES of America,**
**Plaintiff—Appellee,**

**v.**

**John S. PANGELINAN, Defendant—Appellant.**

**No. 04–10326.**

**D.C. No. CR–04–00015–DAW/GB.**

United States Court of Appeals,
Ninth Circuit.

Submitted May 9, 2005.*

Decided May 13, 2005.

Jamie D. Bowers, USNMI—Office of the U.S. Attorney, Saipan, MP, for Plaintiff–Appellee.

Steven P. Pixley, Saipan, CM, for Defendant–Appellant.

Before PREGERSON, CANBY and THOMAS, Circuit Judges.

MEMORANDUM**

John S. Pangelinan appeals from his conviction, after a bench trial, for criminal contempt, in violation of 18 U.S.C. § 401(3).

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Pangelinan has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

of record. Pangelinan has filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no further issues for review. Counsel's motion to withdraw is **GRANTED** and the judgment of the district court is **AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.